IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD COMEAUX, | § | CASE NO. 6:12-cv-00767-RFD-CMH |
| Plaintiff, | § | |
| v. | § | |
| ANGI TRAHAN, COLDWELL BANKER REAL ESTATE, LLC, PELICAN REAL ESTATE, INC. d/b/a COLDWELL BANKER PELICAN REAL ESTATE, FEDERAL HOME LOAN MORTGAGE CORPORATION, | § | Judge: Rebecca F Doherty |
| | § | Magistrate: C Michael Hill |
| Defendants. | § | |

*****************************************************************

### Stipulated Dismissal with Prejudice

COMES NOW, Plaintiff Donald Comeaux who, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), stipulates to the dismissal with prejudice of Plaintiff's claims against Federal Home Loan Mortgage Corporation. All parties that have appeared in this action consent to this stipulation of dismissal with prejudice and have executed the stipulation below.

SO STIPULATED this 29th day of April, 2013:

By: _____
CASHAUNA HILL
State Bar No. 34385
GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER
404 S. Jefferson Davis Parkway
New Orleans, LA 70119
504.208.5916
chill@gnofairhousing.org
**Attorneys for Plaintiff**

By: /s/ Raymond A. Chenault
RAYMOND A. CHENAULT
State Bar No. 30438
MCGLINCHEY STAFFORD, PLLC
1001 McKinney Street, Suite 1500
Houston, Texas 77002
713.520.1900
rchenault@mcglinchey.com
**Attorneys for Defendant
Federal Home Loan Mortgage Corporation**

443142.1

| | |
|---|---|
| By: /s/ Robert J David, Jr. | By: /s/ Joseph A. Sclafani |
| Robert J. David, Jr. | Joseph A. Sclafani |
| State Bar No. 21554 | Admitted *Pro Hac Vice* |
| JUNEAU DAVID | BURNINI GRANTHAM, *ET AL.* |
| 1018 Harding Street, Suite 202 | 190 E Capitol St, Ste 100 |
| Lafayette, LA 70505-1268 | Jackson, MS 39201 |
| 337.269.0052 | 601.948.3101 |
| rjd@juneaudavid.com | jsclafani@brunini.com |
| **Attorneys for Defendants** | **Attorneys for Defendant** |
| **Angi Trahan and Pelican Real Estate Inc.** | **Coldwell Banker Real Estate, LLC** |