IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD COMEAUX, | § | CASE NO. 6:12-cv-00767-RFD-CMH |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ANGI TRAHAN, COLDWELL BANKER | § | Judge: Rebecca F Doherty |
| REAL ESTATE, LLC, PELICAN REAL | § | |
| ESTATE, INC. d/b/a COLDWELL | § | Magistrate: C Michael Hill |
| BANKER PELICAN REAL ESTATE, | § | |
| FEDERAL HOME LOAN MORTGAGE | § | |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Donald Comeaux, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), and stipulates to the dismissal with prejudice of Plaintiff's claims against Defendant Coldwell Banker Real Estate LLC. All parties that have appeared in this action consent to this stipulation of dismissal with prejudice and have executed the stipulation below.

THIS the 29th day of April, 2013.

_____
Cashauna M. Hill, Esq. (LA Bar Roll # 34385)
Greater New Orleans Fair Housing Action Center
404 S. Jefferson Davis Parkway
New Orleans, LA 70119
chill@gnofairhousing.org
*Counsel for Plaintiff Donald Comeaux*

2

/s/ Tammye C. Brown
/s/ Joseph Anthony Sclafani
Tammye C. Brown, Esq. (LA Bar Roll # 29108)
Joseph Anthony Sclafani, Esq. (Admitted *pro hac vice*)
Brunini, Grantham, Grower & Hewes, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Box 119
Jackson, MS 39205-0119
tbrown@brunini.com
jsclafani@brunini.com
**Counsel for Defendant Coldwell Banker Real Estate LLC**


/s/ Raymond A. Chenault
Raymond A. Chenault, Esq. (LA Bar Roll # 30438)
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002
rchenault@mcglinchey.com
**Counsel for Defendant Federal Home Loan Mortgage Corporation**


/s/ Robert J. David, Jr.
Robert J. David, Jr., Esq. (LA Bar Roll # 21554)
Juneau David
Post Office Drawer 51268
Lafayette, LA 70505-1268
rjd@juneaudavid.com
**Counsel for Defendants Angi Trahan and Pelican Real Estate, Inc.**

01551810                                              2