**RECEIVED**

JUN 1 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DONALD COMEAUX | * | CIVIL ACTION NO. 6:12-CV-767 |
| VERSUS | * | JUDGE REBECCA F. DOHERTY |
| ANGI TRAHAN, COLDWELL BANKER REAL ESTATE, LLC, PELICAN REAL ESTATE, INC. d/b/a COLDWELL BANKER PELICAN REAL ESTATE, FEDERAL HOME LOAN MORTGAGE CORPORATION | * | MAGISTRATE JUDGE C. MICHAEL HILL |

---

## JUDGMENT OF DISMISSAL

---

Considering the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this suit be and hereby is dismissed in its entirety, with prejudice, with each party to bear their own costs of court.

Lafayette, Louisiana this _17_ day of _June_ , 2013.

_____
UNITED STATES DISTRICT JUDGE